F I L E D
AUG 28 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Court of Appeals
Amarillo, TEXAS *
* * * * *

In Re:

R Wayne Johnson,
Relator

(motion declare VOID Pro-se)

Cause NO:
07-15-00304-CV
CR

Motion To TRANSFER: BIASED RETAL-
itory Court; (Clerk) *
EN BANC: (TO TDCJ's CRIME PARTNERS):

1) Court order's Pro-se To file papers in
a Writ on Judge Board Banned By PUBLIC
policy (thus VOID):

A) Court knows By the illegal Writ that
TDCJ uses VOID Rules: to prosecute CRIMES,
court violates "Duty of Magistrates" Art
2.10 Code Crim Procedure "shall prevent-
suppress crimes" Instead, you Allow
more (LAW Parties 7.02).. These issues make
Writ criminal law matter – As good time
taken for "crimes" – you ignore own case –
2014 Tx App LEXIS – 11746..

(1) (Can't obey VOID
orders)

1) Court cannot order a pro-se TO FILE pleadings - (idiots Know that)! court has to violate these State Bar Rules

A) Rule 5.05(b) - "lawyer shall <u>not</u> <u>Assist</u> a non-member..."

B) Rule 3.01 "shall <u>not</u> Abuse legal procedures.."

2) Public policy violated (13yrs VOID orders By court - to <u>Retaliate</u> - deny due process):

3) Canon 3(D)(i) mandates "shall inform St Comm Jud Conduct when Another Judge Knows a Judge violates the code" 3(D)(2) - ALSO - <u>ignored</u>!

A) Pro-se: <u>VOID Crain</u>, 22SW3d 58-61 - "Any Act ~~that~~ By a person not An atty - is <u>VOID</u> when it is Unauth Pract law."

B) UPLC - 261 SW3d 24-38 (TX) - <u>UPLC</u> - 121SW 3d 831-36 - cites Rule 5.05(b).."

C) <u>Littlepage</u>, 984 SW2d 318 - "illegal Acts Barred recovery.."

(2)

D) Plummer, 832 SW2d 757 (92) - "No legal right that will form Basis of a Suit can Be Asserted in the courts - Foundation of which must Be predicated upon the Unlawful Act of party Asserting it.."

E) YOUR case - Grimes 707 SW2d 196 - "the law will not AID one who comes "AS" a law violater.."

4) "LAW firm Not Appear Pro-Se" - only atty." Buzbe, LAW Firm 324 SW3d 833 -

A) RABB, 346 SW3d 208-11 "pro-Se - non - lawyer Not file motion - No duty To Rec-onize it.. VOID."

B) In Re AIV, 148 SW3d 109-115 (74) "if Act violates public policy it is VOID.."

C) HAgen, 282 SW3d 899 - at 907 "VOID Act is Nullity" White 54 TEX. 78 (1880) - StuBBe, 733 SW2d 132 (TX: 87) - " Alimony contravenes public policy - VOID. "(AT-907).."

(3)

5) Mortiz, 121 SW3d 715 (TX) - Amend motion New trial After 30-days - 329(b)- VOID .."

A) 81.102 Gov Code (only Bar members) (cited By this Biased trashy court - Jimison, 957 SW2d 860.. Beasley, 109 SW 3d 894 -

B) Statutes Violated: 81.104(B) Gov Code "Eliminate practice of law." 81.011(b)- "Aid Judicial dept.." NOLO, 991 SW2d 768-76 (TX)-

C) NOLO- at 776: Touchy, 432 SW2d 690 (TX) "Local atty Sue Halt Unauth Pract LAW" (This court - Its staff ATTYS.." "? Hum!

6) Denial Due Process (13 yrs): Ross, 108 SCt 2273- "when one does not Recieve ALL Allowed By State LAWS due process denied.." (ALL ABOVE):

A) "14th Amend prohiBits state from depriving potential litigant "USE" of the established state procedures" 102SCt 1148-54

B) _Phillips_, 109 SW3d 562: "Exclusion in _statute_ of _persons_ - thing - consequences, is Express Exclusion of _all others_.." 67 TX JURIS- 3d, Statutes, Sect 116." (81.102 Gov Code - _not include_ Pro-Se's) *

C) _In re Bell_, 894 SW2d 119-133 (TX) JUDGES 11(4) "_misuse_ of Judicial _powers_ - BAD-faith use _powers_ of _office_ to _ACCOMPLISH_ AN _end_ - Judge _KNOWS_ is _BEYOND_ EXERCise of _Authority_." 33.033 Gov Code (_SANCTions_

D) art 3.04 'Official _Misconduct_" C.C.P. -- (crime 39.02 Penal Code)..

E) "Neglect of _Duty_" 2.16 C.C.P - held in _contempt_"

F) "Judges not at _liberty_ to ignore the _LAW_." 98 SW3d at 215 (Ftn# 43)..

7) Thus: _VOID_ orders: 1) violates Public policy, 2) Denies due process (as violates state laws) - 3) courts CRIME-39.02,

(5)

VOIP- Violates public policy - AND NO AUTH-ority to issue orders violate TX Const (due process art 1, Sect 19 - art 1 - Sect 1 - TX Const) (Obey Supremacy clause)..

A) "Only license to practice Law - 81.051 Gov code" - 346 S W3d at 211..

8) Court must violate St Bar Rules (as Board does) - TX Sup ct - Ct Crim App) - to allow pro-se (cumes 38, 12; - 36.04 -

9) This corruption Be on "20" - social media outlets next month - EX-con's; COMPANY - helps Relater EXPOSE conspiracy of TX Judiciary - 20X's worse than Tulia DRUG Raid (went to congress). ALL citizens to Know !

Bottom Line: you can't order a Pro-Se to file ANYTHING - order is VOID - now - overrule ALL ABOVE !

Ralph Johnson

(6)

RWayne Johnson 287756
9601 Spur RL 591 Clements
Unit
Amarillo, TX 79107-9606

7th.
Court of Appeals
501 S. Fillmore
Amarillo, TX 79101

Ok.